felony. Each defendant has an extensive criminal record for numerous violations of both State and Federal laws. Each defendant has repeatedly demonstrated an unwillingness to live in conformity with societal obligations and responsibilities, and has obviously chosen instead to pursue a life of crime. Under such circumstances, we believe that the public's right to protection from recidivists must be of primary concern. Hence, we are not inclined to disturb the sound discretion exercised by the trial court in imposing sentence.

Accordingly, for the reasons we have given, the judgment of the trial court is affirmed.

Judgment affirmed.

GOLDBERG, P. J., and BURKE, J., concur.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, v. RAYMOND HUNTER, Defendant-Appellant.

(No. 55594;

First District—December 23, 1971.

Opinion by Mr. JUSTICE DEMPSEY.

Starke, Anglin & May, of Chicago, (William C. Starke, of counsel,) for appellant.